# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
08-28-17

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Julio Enrique Sarat Coti, | ) | Case No.  17-9369 MJ |
| a.k.a.: Julio Enrique Sarat-Coti, | ) | |
| a.k.a.: Jose Rivera-Henrandez, | ) | |
| a.k.a.: Jose Hernandez Rivera, | ) | |
| (A088 358 334) | | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 28, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Julio Enrique Sarat Coti, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 19, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

CEB

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 29, 2017

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 28, 2017, while following a lead from the Maricopa County Sheriff's Office, the Phoenix ICE Fugitive Operations Team II (FOT II) arrested Julio Enrique Sarat Coti during a vehicle stop, near the intersection of 19th Avenue and Peoria Avenue, in Phoenix, Arizona. At the scene, ICE Officer R. Moore interviewed Sarat Coti and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Sarat Coti was transported to the Phoenix ICE office for further investigation and processing. Sarat Coti was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Julio Enrique Sarat Coti to be a citizen of Mexico and a previously deported criminal alien. Sarat Coti was removed from the United States to Mexico through Nogales, Arizona, on or about September 19, 2007,

pursuant to an order of removal issued by an immigration judge. There is no record of Sarat Coti in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sarat Coti's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Julio Enrique Sarat Coti was convicted of Conspiracy to Commit Possession of Dangerous Drugs for Sale, to wit: Methamphetamine, a felony offense, on or about April 6, 2006, in the Superior Court of Arizona, Maricopa County. Sarat Coti was sentenced to twelve (12) months' incarceration and four (4) years' probation. Sarat Coti's criminal history was matched to him by electronic fingerprint comparison.

5. On August 28, 2017, Julio Enrique Sarat Coti was advised of his constitutional rights. Sarat Coti freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 28, 2017, Julio Enrique Sarat Coti, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 19, 2007, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 29th day of August, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge